**Guttilla Murphy Anderson**
**Ryan W. Anderson** (Ariz. No. 020974)
5415 E. High St., Suite 200
Phoenix, Arizona 85054
Email: randerson@gamlaw.com
Phone: (480) 304-8300
Fax: (480) 304-8301

Attorneys for Dina L. Anderson, the Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>Sharon Denise Grassi,<br><br>Debtor. | Case No. 2:18-bk-01884-DPC<br><br>Chapter 7<br><br>**APPLICATION TO EMPLOY COUNSEL FOR CHAPTER 7 TRUSTEE AND VERIFIED STATEMENT IN SUPPORT THEREOF** |

Pursuant to 11 U.S.C. § 327 and the Bankruptcy Rule 2014, Dina L. Anderson, the duly appointed Chapter 7 trustee herein ("Trustee"), applies for an order approving the employment of Guttilla Murphy Anderson ("GMA" or "Firm") as attorney for the Trustee.

1. Trustee wishes to employ GMA as Trustee's attorney to represent Trustee in this matter. The Trustee has selected GMA because its attorneys have considerable bankruptcy experience and, further, Trustee believes that GMA is qualified to represent Trustee in this case.

2. The professional services to be provided by GMA include the following:

   a. Providing the Trustee with legal advice with respect to the Trustee's powers, duties, rights and remedies, advising and consulting with the Trustee concerning questions arising in the administration of the estate, and representing the Trustee in connection with matters involving creditors and other parties in interest.

b. Preparing applications, motions, answers, notices, orders, reports or other pleadings or legal documents and perform legal services required to assist the Trustee in locating and collecting assets of the estate and the administration of the bankruptcy case.

c. Appearing, prosecuting and representing the Trustee's interest in actions arising in, or related to, this case.

d. Performing all other legal services for the Trustee as required and as are necessary in this case.

3. The Trustee in this case is associated with GMA as "Of Counsel" to the Firm. Trustee believes that the retention of the Firm in which she is of counsel will result in lower overall legal fees and costs, and is in the best interests of the estate. Further, GMA will seek to be compensated only for time spent performing the role of attorney for the estate. GMA will not bill for services that are in the nature of trustee services. Other trustees in the District of Arizona and elsewhere routinely employ their own law firms to perform legal services required in a case and judges in the District of Arizona and elsewhere have approved said employment.

4. To the best of Trustee's knowledge and in reliance upon the attached Verified Statement pursuant to Bankruptcy Rule 2014 in support of this Application, GMA and its members do not hold any interest adverse to the estate, are "disinterested" within the meaning of 11 U.S.C. § 101(14), and have no known connection with the debtor, creditors, or any party in interest, their respective attorneys and accountants, the United States Trustee or any person employed by the Office of the United States Trustee, except as stated in the attached Verified Statement.

5. The employment of GMA is in the best interest of the estate.

6. The terms of the employment of GMA, as agreed to by the Trustee, subject to approval of the Court, are that the attorneys and other personnel within the firm will undertake representation at the following hourly rates:

Guttilla Murphy Anderson, P.C.
5415 E. High Street, Suite 200
Phoenix, AZ 85054
(480) 304-8300

Guttilla Murphy Anderson, P.C.
5415 E. High Street, Suite 200
Phoenix, AZ 85054
(480) 304-8300

| | |
|---|---|
| Partners and Of Counsel | $325.00 - $375.00 |
| Senior Associates | $275.00 |
| Associates | $250.00 |
| Law Clerks | $125.00 |
| Paralegals/Legal Assistants | $85.00 - $150.00 |

7. The hourly rates set forth above are subject to periodic increases in the normal course of GMA's business, due to, among other things, the increased experience of a particular professional.

8. It is contemplated that GMA will seek interim compensation in the case as permitted by 11 U.S.C. § 331, as appropriate.

WHEREFORE, the Trustee respectfully requests an order of this Court authorizing the employment of GMA, on the terms specified above, to represent the Trustee in this case, with compensation to be paid as an administrative expense in such amounts as the Court may determine and allow upon future application.

Dated this 10th day of April, 2018.

/s/ Dina L. Anderson
Dina L. Anderson
Chapter 7 Trustee

**Guttilla Murphy Anderson, P.C.**
5415 E. High Street, Suite 200
Phoenix, AZ 85054
(480) 304-8300

### VERIFIED STATEMENT PURSUANT TO BANKRUPTCY RULE 2014 IN SUPPORT OF TRUSTEE'S APPLICATION TO EMPLOY GUTTILLA MURPHY ANDERSON, P.C.

I, Ryan W. Anderson, state as follows:

1. I am a partner in the law firm of Guttilla Murphy Anderson (the "Firm").

2. I am executing this Verified Statement in support of the *Application to Employ Counsel for Chapter 7 Trustee* filed in the estate of Sharon Denise Grassi (the "Debtor"), Case No. 2:18-bk-01884-DPC.

3. All the attorneys in the Firm are duly admitted to practice in Arizona and before this Court. I have extensive experience in bankruptcy law and the other attorneys of the Firm have handled bankruptcy matters. Accordingly, the Firm is well-qualified to represent the Trustee and is willing to accept employment on the basis set forth in the Application.

4. With respect to the Firm's connection with the Debtor, creditors, or any other parties in interest, or any of their respective attorneys, accountants, the United States Trustee, or any person employed in the Office of the United States Trustee, I hereby confirm the following to the Trustee and to the Court, personally and on behalf of the Firm, and to the best of my knowledge, information, and belief:

    a. The Firm and its members have had no prior relationship with the Debtor. Accordingly, the Firm is not a creditor of the Debtor.

    b. Dina L. Anderson, of counsel at the Firm, serves as the Chapter 7 Trustee in this case and Ryan W. Anderson, shareholder/partner of the Firm, is married to Dina L. Anderson.

5. Except as disclosed in Paragraph 4, I do not believe that there is any other connection or interest[1] between the Firm and: (i) the United States Trustee or any person employed

---

[1] As the terms are used in Bankruptcy Code §101(14)(C) and Bankruptcy Rule 2014(a).

by the Office of the United States Trustee; or (ii) any attorneys, accountants and financial consultants who represent or may represent claimants or other parties in interest in these cases. However, as part of its practice, the Firm appears in cases, proceedings, and transactions involving many different attorneys, accountants, financial institutions, taxing authorities, financial consultants and investment bankers, some of which now or may in the future have an interest in this estate and/or represent the Trustee, the Debtor, creditor(s) or party(ies) in interest in this case. I understand that the Firm has not and will not represent any such entities in relation to the Trustee, the Debtor and/or this case, nor have any financial relationship with any such entities that would be adverse to the Trustee, the Debtor and/or this estate in the matters for which the Firm is to be employed. To the best of my knowledge, neither the Firm nor any attorney at the Firm is or was a creditor, an equity security holder or an insider of any of the Debtors.

6.	Accordingly, to the best of my knowledge, the Firm and its members are "disinterested" within the meaning of 11 U.S.C. § 101(14), and hold no adverse interest to the trustee or the estate.

I declare under penalty of perjury that the above is true and correct.

Dated this 10th day of April, 2018.

GUTTILLA MURPHY ANDERSON, P.C.

/s/ Ryan W. Anderson
Ryan W. Anderson

| | |
|---|---|
| 1 | Copy of the foregoing mailed on April 10, 2018, to: |
| 2 | |
| 3 | Sharon Denise Grassi<br>1121 W. Michigan Avenue<br>Phoenix, AZ 85023 |
| 4 | |
| 5 | Douglas B. Price<br>Law Offices of Douglas B. Price, P.C.<br>3514 N. Power Road, Suite 136 |
| 6 | Mesa, AZ 85215<br>(Counsel for the Debtor) |
| 7 | |
| 8 | Office of the United States Trustee<br>230 N. First Ave., Suite 204<br>Phoenix, AZ 85003-1706 |
| 9 | |
| 10 | /s/ Tracie Erickson |
| 11 | |
| 12 | 2603-001 (319574) |

**Guttilla Murphy Anderson, P.C.**
5415 E. High Street, Suite 200
Phoenix, AZ 85054
(480) 304-8300